FILED: June 4, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-212
(3:17-cv-00829-JAG)
_____

WESTROCK CP, LLC; WEST POINT CHIPS, INC.

      Petitioners

v.

ASHTON BELL; DELILAH BELL; LUCY R. EDWARDS; CLARENCE BURRELL; SHEILA BURRELL; LINDA WHITE; DALE SAUNDERS; NANCY SAUNDERS; OLEN SIKES

      Respondents

_____

O R D E R

_____

Upon review of submissions relative to the petition for permission to appeal, the court denies the petition. The court grants the motion for leave to file a reply.

Entered at the direction of Judge King with the concurrence of Chief Judge Gregory and Judge Motz.

For the Court

/s/ Patricia S. Connor, Clerk